IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 13-mj-01024-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DUSTIN CASTENHOLZ,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 19, 2013.**

    In light of the order issued by United States Magistrate Judge Ellen Carmody concerning Defendant's detention in Michigan, the Defendant's Motion to Reconsider Revocation of Pretrial Release [filed February 25, 2013; docket #17] is **denied as moot**.